UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

James Wang, et al.

                                Plaintiff,

v.                                                   Case No.: 1:16–cv–11223
                                                          Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 6, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for extension to answer or otherwise plead [21] granted to and including 2/22/2017 for Defendants Ironwood Financial, LLC, Dewitt Lovelace and John Lewis, without an appearance. Initial status hearing set for 2/13/2017 stricken. The parties are directed to appear through lead counsel for a pretrial conference pursuant to FED. R. CIV. P. 16. on 3/2/2017 at 9:00 AM. Counsel are requested promptly to meet face−to−face for a discussion of possible settlement and for preparation of a planning report. The form is accessible from the court's Internet site, www.ilnd.uscourts.gov. Such report shall be submitted to Judge Pallmeyer in chambers no later than two business days prior to the conference. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.