**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CS WANG & ASSOCIATE, SAT NARAYAN dba EXPRESS HAULING, ROBERT MEYER dba MANGIA NOSH, and TAYSIR TAYEH dba CHIEF'S MARKET, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A., FIFTH THIRD BANK, FIRST DATA MERCHANT SERVICES LLC., VANTIV, INC., NATIONAL PROCESSING COMPANY, INTERNATIONAL PAYMENT SERVICES, LLC dba ELITEPAY GLOBAL and dba PRIMEPAY GLOBAL, BRIAN BENTLEY, ANDREW BENTLEY, ADAM BENTLEY, IRONWOOD FINANCIAL, LLC dba IRONWOOD PAYMENTS, DEWITT LOVELACE, and JOHN LEWIS,<br><br>       Defendants. | Case No. 1:16-cv-11223<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Mary M. Rowland |

**DEFENDANTS WELLS FARGO BANK, N.A., FIRST DATA MERCHANT SERVICES LLC, AND INTERNATIONAL PAYMENT SERVICES, LLC D/B/A ELITEPAY GLOBAL'S JOINT MOTION FOR LEAVE TO FILE MOTION TO DISMISS, MEMORANDUM IN SUPPORT THEREOF, AND EXHIBIT A THERETO UNDER SEAL**

Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and First Merchant Services LLC ("First Data") respectfully move for leave to file their Motion to Dismiss ("Motion"), Memorandum in Support of their Motion to Dismiss ("Memorandum"), and Exhibit A to the Memorandum under seal. Defendant International Payment Services, LLC d/b/a ElitePay Global ("IPS") joins in this motion insofar as the motion is based upon a provision in a contract to which IPS is a party. In support of this motion, the moving defendants state as follows:

1. Defendants Wells Fargo and First Data will be filing a Motion to Dismiss and a Memorandum in Support of their Motion to Dismiss on April 7, 2017.

2. Multiple grounds upon which the Motion is based involve a Marketing

57542084.3

Agreement. The Memorandum contains several quotations of certain terms and conditions of the Marketing Agreement. It also attaches a copy of the Marketing Agreement as Exhibit A.

3.      The Marketing Agreement expressly provides that all terms and conditions thereof are confidential and may not be divulged or disclosed to any third party without the written consent of the parties to the agreement.

4.      Counsel for Wells Fargo and First Data informed counsel for IPS of the inclusion of the quotations from the Marketing Agreement in their Memorandum, as well as its inclusion as an exhibit. IPS requested that Wells Fargo and First Data file the Motion to Dismiss and exhibits under seal.

5.      Wells Fargo and First Data do not object to IPS's request.

WHEREFORE, Wells Fargo and First Data respectfully move this Court for an Order to file their Motion to Dismiss, Memorandum in Support of their Motion to Dismiss, and Exhibit A to the Memorandum in Support of their Motion to Dismiss under seal, in order to comply with the express terms and conditions of the Marketing Agreement.

57542084.3

Dated:  April 7, 2017

Respectfully submitted,

*/s/ Colleen Walter*_____
Colleen Walter
Polsinelli PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910
cwalter@polsinelli.com
chicagodocketing@polsinelli.com


*/s/ John W. Peterson*_____
John W. Peterson (*pro hac vice*
application in process)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone:  (615) 259-1510
Facsimile:  (615) 259-1573
john.peterson@polsinelli.com


*Attorneys for Wells Fargo and First
Data.*

MANNING CURTIS BRADSHAW
& BEDNAR PLLC

/s/ *Jess M. Krannich*_____
Jess M. Krannich
*Attorneys for Defendants Brian
Bentley, Andrew Bentley, Adam
Bentley, and International Payment
Services, LLC*

57542084.3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record, namely:

Myron M. Cherry
Jacie C. Zolna
Benjamin R. Swetland
Jessica Cherry Chavin
Myron M. Cherry & Associates LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
mcherry@cherry-law.com
jzolna@cherry-law.com
bswetland@cherry-law.com
jchavin@cherry-law.com

*Attorneys for Plaintiffs*

George James Tzanetopoulos
Michael Thomas Werner
Baker Hostetler
191 North Wacker Drive, Suite 3100
Chicago, IL 60606
gtzanetopoulos@bakerlaw.com
mwerner@bakerlaw.com

*Attorneys for Defendants, Fifth Third Bank,
Vantiv, Inc., and National Processing
Company*

Jess M. Krannich
Manning Curtis Bradshaw & Bednar PLLC
136 E. South Temple, Suite 1300
Salt Lake City, UT 84111
jkrannich@mc2b.com

*Attorneys for Defendants, International
Payment Services, LLC, Brian Bentley,
Andrew Bentley, and Adam Bentley*

James R. Figliulo
James H. Bowhay
Peter A. Silverman
Figliulo & Silverman
Ten South LaSalle Street, Suite 3600
Chicago, IL 60603
jfigliulo@fslegal.com
jbowhay@fslegal.com
psilverman@fslegal.com

*Attorneys for Defendants, Ironwood
Financial, LLC d/b/a Ironwood Payment,
DeWitt Lovelace, and John Lewis*

*/s/ Colleen Walter*

57542084.3