**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | |
|---|---|
| **CS WANG & ASSOCIATE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:16-cv-11223 |
| | ) |
| v. | ) |
| | ) |
| | ) Hon. Rebecca R. Pallmeyer |
| **WELLS FARGO BANK, N.A.**, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MOTION

To: See Service List below

**PLEASE TAKE NOTICE** that on **May 18, 2017, at 8:45 AM**, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, or any other judge presiding in her stead, in Room 2141 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois, and shall then and there present Plaintiffs' **Motion for Leave to File Sur-Reply to Defendants' Motions to Dismiss**, a copy of which is attached hereto and served herewith upon you.

Dated: May 15, 2017

Respectfully submitted,

By: _____s/ Benjamin R. Swetland_____

Myron M. Cherry
mcherry@cherry-law.com
Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
Jessica C. Chavin
jchavin@cherry-law.com
MYRON M. CHERRY & ASSOCIATES LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 372-2100
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing **Notice of Motion for Leave to File Sur-Reply to Defendants' Motions to Dismiss** upon:

Colleen S. Walter
cwalter@polsinelli.com
Polsinelli PC
161 North Clark, Suite 4200
Chicago, Illinois 60601

John W. Peterson
john.peterson@polsinelli.com
Matthew S. Knoop
mknoop@polsinelli.com
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219

George James Tzanetopoulos
gtzanetopoulos@bakerlaw.com
Michael Thomas Werner
mwerner@bakerlaw.com
Baker Hostetler
191 North Wacker Drive, #3100
Chicago, Illinois 60606

Jess M. Krannich
jkrannich@mc2b.com
Manning Curtis Bradshaw & Bednar PLLC
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111

James R. Figliulo
jfigliulo@fslegal.com
James H. Bowhay
jbowhay@fslegal.com
Peter A. Silverman
psilverman@fslegal.com
Figliulo & Silverman
Ten South LaSalle Street, Suite 3600
Chicago, Illinois 60603

via the electronic filing system, on the 15th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　____/s/ Benjamin R. Swetland_____