UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Taysir Tayeh dba Chief's Market, et al.

                                 Plaintiff,

v.                                                  Case No.: 1:16–cv–11223
                                                  Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 4, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 5/4/2018. Plaintiffs' motion pursuant to FRCP 26(b)(5)(B) [178] is denied without prejudice. Defendant will promptly furnish a privilege log. Rule 16 conference set for 5/24/2018 to stand. Parties are encouraged to discuss the possibility of settlement and to contact the court if they desire the court's assistance. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.