UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Taysir Tayeh dba Chief's Market, et al.

                                     Plaintiff,

v.                                                        Case No.: 1:16−cv−11223
                                                        Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 21, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 8/21/2018. Motion for leave to file documents under seal [249] is granted. Plaintiffs' renewed motion pursuant to Federal Rules of Civil Procedure 26(b)(5)(B) and 37(a)(1) [251] is entered and continued for briefing. Response to be filed by or on 9/25/218; reply to be filed by or on 10/9/2018. Motion for referral [252] is granted. Referral to Magistrate Judge Rowland for settlement conference. Status hearing set for 9/13/2018 is stricken and re−set to 10/18/2018 at 9:30 AM. Mailed notice. (etv, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.