## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Taysir Tayeh dba Chief's Market, et al.

                        Plaintiff,

v.                                                Case No.: 1:16−cv−11223
                                                        Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Mary M. Rowland for the purpose of holding proceedings related to: settlement conference. (etv, )Mailed notice.

Dated: August 21, 2018

                                                                                       /s/ Rebecca R. Pallmeyer

                                                                                        United States District Judge