UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Taysir Tayeh dba Chief's Market, et al.

                    Plaintiff,

v.                                          Case No.: 1:16–cv–11223
                                            Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Defense counsel representing Wells Fargo Bank, N.A. and First Data Merchant Services, LLC appeared telephonically. Based on Plaintiffs' settlement demand, defendants believe a settlement conference would not be productive. Plaintiffs have agreed to send a revised settlement demand by 10/5/18. Status hearing set for 10/18/18 at 9:45 a.m. or immediately following the status hearing before the district court judge. Out of State counsel may appear telephonically by calling the Court's teleconference line: 866–434–5269, access code 3751971. Defense counsel representing International Payment Services, LLC, Brian Bentley, Andrew Bentley, and Adam Bentley was unable to connect to the Court's teleconference line and is not available for the settlement conference which was tentatively set for 10/26/18. Parties request a settlement conference in December. Settlement conference dates of 12/3/18, 12/4/18 and 12/5/18 have been provided to counsel via email. By close of business on 9/4/18, counsel shall respond to the email with a date certain all parties are available for settlement. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.