**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Taysir Tayeh dba Chief's Market, et al.

                               Plaintiff,

v.                                                        Case No.: 1:16–cv–11223
                                                        Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 5, 2018:

      MINUTE entry before the Honorable Mary M. Rowland: Settlement conference set for 12/4/18 at 1:30 p.m. Defendants will respond to Plaintiffs' demand by 10/15/18. Plaintiffs shall submit copies of all letters exchanged by the parties to Settlement_Rowland@ilnd.uscourts.gov by 10/15/18. At the status hearing on 10/18/18, the court shall determine whether the settlement conference will proceed. If any party's position letter consists of more than 10 pages (including exhibits), the party is responsible for submitting a courtesy copy to Judge Rowland's chambers (Room 1334) on or before 11/29/18. Parties should also review and comply with Judge Rowland's standing order regarding settlement conferences which can be found on the Court's website at www.ilnd.uscourts.gov. Defendant representatives in the case based on vicarious liability are permitted to attend the settlement conference by phone. Other defendants and plaintiffs shall attend in person. Mailed notice.(dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.