# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Taysir Tayeh dba Chief's Market, et al.

                                          Plaintiff,

v.                                                 Case No.: 1:16–cv–11223

                                                          Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2018:

      MINUTE entry before the Honorable Mary M. Rowland: Status hearing held. Out of State counsel appeared telephonically. The Court has reviewed the parties' settlement submissions. Based on those submissions and the conversation with counsel in open court, this Court strikes the settlement conference date of 12/4/18. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Honorable Judge Mary M. Rowland no longer referred to the case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.