UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Sat Narayan, et al.
        Plaintiff,

v.                 Case No.: 1:16−cv−11223
                  Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 19, 2019:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Ironwood Defendants' motion for leave to file exhibits 2,3,4, and 7 under seal [418] is granted. Defendants' pending motions [391], [394], [397], [400], [405], [409], [412], and [415] are entered and continued to 1/9/20 at 9:30 a.m., at which time the parties will be expected to propose a briefing schedule. Parties are encouraged to discuss settlement before engaging in briefing. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.