IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CS WANG & ASSOCIATE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-11223 |
| | ) | |
| v. | ) | Hon. Rebecca R. Pallmeyer |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF THIRD-PARTY PLAINTIFFS
FIFTH THIRD BANK, NATIONAL ASSOCIATION'S, VANTIV, INC.'S
AND NATIONAL PROCESSING COMPANY'S THIRD-PARTY COMPLAINT
AGAINST BRIAN BENTLEY AND ADAM BENTLEY WITH PREJUDICE**

Third-Party Plaintiffs Fifth Third Bank, National Association, Vantiv, Inc. (n/k/a Worldpay, Inc.) and National Processing Company (n/k/a Worldpay ISO, Inc.) (together, "Third-Party Plaintiffs") and Third-Party Defendants Brian Bentley and Adam Bentley (together, "Third-Party Defendants"), through undersigned counsel, hereby stipulate and agree as follows:

1. Third-Party Plaintiffs hereby stipulate and agree to dismiss, with prejudice, any and all claims included in their Third-Party Complaint [315] against Third-Party Defendants Brian Bentley and Adam Bentley.

2. Third-Party Defendants Brian Bentley and Adam Bentley agree to submit to the jurisdiction of the United States District Court for the Northern District of Illinois for purposes of any subpoenas issued by Third-Party Plaintiffs in connection with the case captioned above. This acceptance of jurisdiction includes, but is not limited to, Third-Party Defendants' agreement to produce documents and attend depositions, hearings, or trials in the above-captioned matter pursuant to any properly issued subpoena served by Third-Party Plaintiffs, in accordance with the

Federal Rules of Civil Procedure. In the event the Third-Party Defendants are subpoenaed to testify at trial in the Northern District of Illinois, they agree to cooperate with respect to the scheduling of their trial testimony and to appear in the Northern District of Illinois to give such testimony. The Third-Party Defendants further agree that service of any subpoenas issued by Third-Party Plaintiffs may be obtained by serving attorney Jess Krannich, whose current business address is Manning Curtis Bradshaw & Bednar, PLLC, 136 E South Temple Suite 1300, Salt Lake City, Utah 84111.

3. This stipulation does not affect any of Third-Party Plaintiffs' claims against Third- Party Defendants International Payment Services, LLC or Andrew Bentley.

4. All parties to this stipulation shall bear their own costs, expenses, and fees.

Dated: December 20, 2019  BAKER & HOSTETLER LLP

By: /s/ George J. Tzanetopoulos
One of Third-Party Plaintiffs' Attorneys

Dated: December 20, 2019  MANNING CURTIS BRADSHAW & BEDNAR, PLLC

By: /s/ Jess Krannich
Attorney for Defendants International Payment Services, LLC, Brian Bentley, Adam Bentley and Andrew Bentley

**CERTIFICATE OF SERVICE**

I, George J. Tzanetopoulos, hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ *George J. Tzanetopoulos*
George J. Tzanetopoulos