IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CS WANG & ASSOCIATE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WELLS FARGO BANK, N.A., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:16-cv-11223 <br><br> Chief Judge Rebecca R. Pallmeyer |

**DEFENDANTS WELLS FARGO BANK AND FIRST DATA MERCHANT SERVICES' MOTION FOR LEAVE TO FILE A STREAMLINED RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**

On March 18, 2021, the Court granted Defendants Vantiv and Fifth Third leave to file a streamlined response to Plaintiffs' renewed motion for class certification by April 15, 2021. (ECF No. 546.) Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and First Data Merchant Services LLC ("First Data") hereby respectfully move the Court for leave to file a streamlined response to Plaintiffs' renewed motion for class certification (ECF No. 532) on the same schedule.

Wells Fargo and First Data's previous briefs on class certification consist of a brief in opposition and two sur-replies (ECF Nos. 403, 510, 518). Wells Fargo and First Data respectfully submit that a streamlined response brief from Wells Fargo and First Data addressing the issues remaining in the motion to certify will assist the Court in ruling on the motion, for the same reasons stated in the Vantiv Parties' Response to Plaintiffs' Renewed Motion for Class Certification (ECF No. 544).

For those reasons, Wells Fargo and First Data seek leave to file their streamlined brief in opposition to Plaintiffs' renewed motion for class certification by April 15, 2021.

Dated: March 18, 2021                    Respectfully submitted,

By:  /s/ John W. Peterson

John W. Peterson (*pro hac vice*)
Matthew S. Koop (*pro hac vice*)
Polsinelli PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573
john.peterson@polsinelli.com
mknoop@polsinelli.com

*Attorneys for Defendants First Data Merchant Services LLC and Wells Fargo Bank, N.A.*

By:  /s/ John H. Mathias

John H. Mathias
Megan B. Poetzel
Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
JMathias@jenner.com
MPoetzel@jenner.com

*Attorneys for Defendant First Data Merchant Services LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2021, she served the foregoing **DEFENDANTS WELLS FARGO BANK AND FIRST DATA MERCHANT SERVICES' MOTION FOR LEAVE TO FILE A STREAMLINED RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION** via the United States District Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Megan B. Poetzel