UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Sat Narayan, et al.
                          Plaintiff,

v.                                             Case No.: 1:16−cv−11223
                                                    Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 23, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court recognizes the potential that allowing new briefs will generate additional time−consuming effort for Plaintiffs' counsel. The court is also aware that a prompt ruling on class certification may promote settlement efforts. Briefing on the original class certification motion, filed almost two years ago, was lengthy and voluminous, however, and the court took Defendants at their word that the intention was to file documents that were "streamlined and focused." The court expects the parties' intended submissions will spare the court the effort of wading through briefs filed many months ago and expedite a ruling. The motion for reconsideration [552] is denied. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.