**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Sat Narayan, et al.

                        Plaintiff,

v.                                                          Case No.: 1:16−cv−11223
                                                              Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 16, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephonic preliminary approval of class action settlement hearing held on 8/16/2021. Plaintiffs' motion for preliminary approval of class action settlement [600] is granted. Enter Order Granting Preliminary Approval of Class Action Settlement. Telephone final approval hearing set for 12/6/2021 at 12:00 p.m. Members of the public and media will be able to call in to listen to this hearing. Instructions and a link to the conference number are located on Judge Pallmeyer's website. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.