# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sat Narayan, et al.

                      Plaintiff,

v.                                                    Case No.: 1:16–cv–11223
                                                     Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 21, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion for leave to file response to motion to strike filed by Dewitt Lovelace and John Lewis [636] and defendants' motion for leave to file sur–reply to plaintiffs'; false and irrelevant statements regarding settlement [637] is granted.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.