**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| **CS WANG & ASSOCIATE**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | **Case No. 1:16-cv-11223** |
| ) | |
| **v.** ) | **Chief Judge Rebecca R. Pallmeyer** |
| ) | |
| **WELLS FARGO BANK, N.A.**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**PLAINTIFFS' MOTION TO SUPPLEMENT THEIR PETITION
FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS**

Plaintiffs CS Wang & Associate and Jay Schmidt Insurance Agency, Inc. (collectively, "Plaintiffs") move to supplement their petition for an award of attorneys' fees, costs, and incentive awards (Doc. 622) as follows:

Nearly 24,000 class members submitted a claim in connection with the settlement with the Wells Fargo Defendants. The average settlement payment is estimated to be approximately $774.19 per class member.[1]

Due to, among other things, these large payments going to a large number of class members the settlement administrator has provided a revised estimate of $403,091.88 to administer the settlement with the Wells Fargo Defendants to completion. Because settlement administration costs are being deducted prior to the calculation of Class Counsel's requested fee

---

[1] A declaration from the settlement administrator is being submitted in connection with Plaintiffs' motion for final approval of the settlement, filed contemporaneously herewith (*see* Doc. 648), that provides more specific and updated information on claims and expected recoveries.

award, Plaintiffs seek to supplement their previously filed fee petition (Doc. 622) by reducing the amount of attorneys' fees requested to $9,195,636.[2]

**WHEREFORE,** Plaintiffs respectfully request the Court to allow Plaintiffs to supplement their petition for attorneys' fees, costs, and incentive awards to provide for a request of $9,195,636 in attorneys' fees with the requested amount for costs ($83,191.45) and incentive awards ($5,000 to each Plaintiff) remaining unchanged.

Dated: November 29, 2021

Respectfully submitted,

By: _____/s/ Jacie C. Zolna_____
One of Plaintiffs' Attorneys

Myron M. Cherry
mcherry@cherry-law.com
Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
Jeremiah W. Nixon
jnixon@cherry-law.com
Jessica C. Chavin
jchavin@cherry-law.com
MYRON M. CHERRY & ASSOCIATES, LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Phone: (312) 372-2100
Facsimile: (312) 853-0279
***Attorneys for Plaintiffs and the Classes***

---

[2] The revised amount of attorneys' fees requested by Class Counsel is calculated as follows: $28,000,000 less $403,091.88 in administration costs, less $10,000 in incentive awards = $27,586,908.10. One-third of $27,581,908.10 = $9,195,636.

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that he served the foregoing **Plaintiffs' Motion to Supplement Their Petition for Attorneys' Fees, Costs, and Incentive Awards** upon:

Anthony C. Porcelli
aporcelli@polsinelli.com
Claire E. Brennan
cbrennan@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606

John W. Peterson
john.peterson@polsinelli.com
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219

Matthew S. Knoop
mknoop@polsinelli.com
Joseph C. Sharp
jsharp@polsinelli.com
POLSINELLI PC
1201 W. Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309

Mark A. Olthoff
molthoff@polsinelli.com
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112

John H. Mathias
jmathias@jenner.com
Megan B. Poetzel
mpoetzel@jenner.com
Jenner & Block LLP
353 N. Clark Street
Chicago, Illinois 60654

John Touhy
jtouhy@bakerlaw.com
Kiley Keefe
kkeefe@bakerlaw.com
Melissa M. Hewitt
mhewitt@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606

Carrie Dettmer Slye
cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202

James R. Figliulo
jfigliulo@fslegal.com
Peter A. Silverman
psilverman@fslegal.com
Rebecca Rejeanne Kaiser
rfournier@fslegal.com
Thomas Daniel Warman
twarman@fslegal.com
FIGLIULO & SILVERMAN
10 South LaSalle Street, Suite 3600
Chicago, Illinois 60603

Charles M. Merkel, Jr.
cmerkel@merkel-cocke.com
Charles M. Merkel, III
cmerkel3@merkel-cocke.com
MERKEL & COCKE, P.A.
P.O. Box 1388
Clarksdale, Mississippi 38614

via the electronic filing system, on the 29th day of November, 2021.

_____ /s/ Jacie C. Zolna_____