# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sat Narayan, et al().

                      Plaintiff,

v.                                           Case No.: 1:16–cv–11223
                                             Honorable Rebecca R. Pallmeyer

Wells Fargo Bank, N.A., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 2, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Attorney Jess Krannich's motion to withdraw as attorney [646] is granted. Plaintiffs' motion for final approval of class action settlement with the Wells Fargo defendants [648] is granted. Plaintiffs' motion to supplement their petition for attorneys' fees, costs and incentive awards [649] is granted. Enter Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.