**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DISTRICT**

| | |
|---|---|
| **CS WANG & ASSOCIATE,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | Case No. 1:16-cv-11223 |
| ) | |
| v. ) | Chief Judge Rebecca R. Pallmeyer |
| ) | |
| **WELLS FARGO BANK, N.A.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

### PLAINTIFFS' UNOPPOSED MOTION
### TO AMEND PRELIMINARY APPROVAL ORDER

The Court has entered an order preliminarily approving the settlement between Plaintiffs and the Fifth Third / Vantiv Defendants. *See* Doc. 672. The order provided a deadline of July 8, 2022 for class counsel to file their fee petition. *See id*. at 9. The settlement agreement, however, provides that class counsel shall file their fee petition 21 days prior to the deadline for class members to object. *See* Doc. 671-1 at 8 (¶ 17). The objection deadline is May 23, 2022. Thus, pursuant to the settlement agreement, the deadline for class counsel to file their fee petition should be May 2, 2022 rather than July 8, 2022.

Out of an abundance of caution, Plaintiffs respectfully request that the Court enter an order amending its preliminary approval order and stating that class counsel's fee petition shall be filed on or before May 2, 2022.

The Fifth Third / Vantiv Defendants do not oppose the relief sought in this motion.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an order amending the preliminary approval order (Doc. 672) so that class counsel's fee petition is due May 2, 2022.

Dated: March 24, 2022

                                            Respectfully submitted,

                                            By:   /s/ Benjamin R. Swetland
                                                      One of Plaintiffs' Attorneys

Myron M. Cherry
mcherry@cherry-law.com
Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
Jeremiah W. Nixon
jnixon@cherry-law.com
Jessica C. Chavin
jchavin@cherry-law.com
MYRON M. CHERRY & ASSOCIATES, LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Phone: (312) 372-2100
Facsimile: (312) 853-0279
*Attorneys for Plaintiffs and the Classes*

### *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that he served the foregoing **Plaintiffs' Unopposed Motion to Amend Preliminary Approval Order** upon:

| | |
|---|---|
| Anthony C. Porcelli<br>aporcelli@polsinelli.com<br>Claire E. Brennan<br>cbrennan@polsinelli.com<br>POLSINELLI PC<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606 | John Touhy<br>jtouhy@bakerlaw.com<br>Kiley Keefe<br>kkeefe@bakerlaw.com<br>Melissa M. Hewitt<br>mhewitt@bakerlaw.com<br>Jeffrey R. Zohn<br>jzohn@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>One North Wacker Drive, Suite 4500<br>Chicago, Illinois 60606 |
| John W. Peterson<br>john.peterson@polsinelli.com<br>POLSINELLI PC<br>401 Commerce Street, Suite 900<br>Nashville, Tennessee 37219 | Carrie Dettmer Slye<br>cdettmerslye@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, Ohio 45202 |
| Matthew S. Knoop<br>mknoop@polsinelli.com<br>Joseph C. Sharp<br>jsharp@polsinelli.com<br>POLSINELLI PC<br>1201 W. Peachtree Street NW, Suite 1100<br>Atlanta, Georgia 30309 | James R. Figliulo<br>jfigliulo@fslegal.com<br>Peter A. Silverman<br>psilverman@fslegal.com<br>Rebecca Rejeanne Kaiser<br>rfournier@fslegal.com<br>Thomas Daniel Warman<br>twarman@fslegal.com<br>FIGLIULO & SILVERMAN<br>10 South LaSalle Street, Suite 3600<br>Chicago, Illinois 60603 |
| Mark A. Olthoff<br>molthoff@polsinelli.com<br>POLSINELLI PC<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112 | |
| John H. Mathias<br>jmathias@jenner.com<br>Megan B. Poetzel<br>mpoetzel@jenner.com<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654 | Charles M. Merkel, Jr.<br>cmerkel@merkel-cocke.com<br>Charles M. Merkel, III<br>cmerkel3@merkel-cocke.com<br>MERKEL & COCKE, P.A.<br>P.O. Box 1388<br>Clarksdale, Mississippi 38614 |
| Paul G. Karlsgodt<br>pkarlsgodt@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202 | |

via the electronic filing system, on the 24th day of March, 2022.

/s/ Benjamin R. Swetland