IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| CS WANG & ASSOCIATE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:16-cv-11223 |
| | ) | |
| v. | ) | Chief Judge Rebecca R. Pallmeyer |
| | ) | |
| WELLS FARGO BANK, N.A., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION TO
FILE MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Without opposition from the Fifth Third/Vantiv Defendants, Plaintiffs Sat Narayan d/b/a Express Hauling, Robert Meyer d/b/a Mangia Nosh, and Taysir Tayeh d/b/a Chief's Market (collectively, "Plaintiffs") move the Court for an extension to file their motion for final approval of the settlement. In support of this motion, Plaintiffs state as follows:

The current deadline for Plaintiffs to file their motion for final approval of the settlement is June 27, 2022. Undersigned counsel has recently been informed by the settlement administrator that it is still processing a large number of timely paper claims that were sent by mail and that it is unlikely that process will be completed by June 27. While the preliminary numbers are consistent with the prior settlement with the Wells Fargo Defendants—claims rate in excess of 10%, 18 opt-outs, and no objections—Plaintiffs would like to present the Court with the full and final claims numbers as part of their final approval motion.

With the requested extension, Plaintiffs motion will still be filed nearly four weeks prior to the final approval hearing on August 4, 2022 and, therefore, will not interfere with that date.

Undersigned counsel conferred with counsel for the Fifth Third/Vantiv Defendants, and they have no opposition to the requested extension.

**WHEREFORE,** Plaintiffs respectfully request the Court to grant Plaintiffs an extension to July 8, 2022 to file their motion for final approval of the settlement.

Dated: June 22, 2022

                                                    Respectfully submitted,

                                                    By:     /s/ Jacie C. Zolna
                                                             One of Plaintiffs' Attorneys

Myron M. Cherry
mcherry@cherry-law.com
Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
Jeremiah W. Nixon
jnixon@cherry-law.com
Jessica C. Chavin
jchavin@cherry-law.com
MYRON M. CHERRY & ASSOCIATES, LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Phone: (312) 372-2100
Facsimile: (312) 853-0279
***Attorneys for Plaintiffs and the Classes***

### *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that he served the foregoing **Unopposed Motion for Extension to File Motion for Final Approval of Settlement** upon:

Anthony C. Porcelli
aporcelli@polsinelli.com
Claire E. Brennan
cbrennan@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606

John W. Peterson
john.peterson@polsinelli.com
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219

Matthew S. Knoop
mknoop@polsinelli.com
Joseph C. Sharp
jsharp@polsinelli.com
POLSINELLI PC
1201 W. Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309

Mark A. Olthoff
molthoff@polsinelli.com
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112

John H. Mathias
jmathias@jenner.com
Megan B. Poetzel
mpoetzel@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654

Paul G. Karlsgodt
pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202

John Touhy
jtouhy@bakerlaw.com
Kiley Keefe
kkeefe@bakerlaw.com
Melissa M. Hewitt
mhewitt@bakerlaw.com
Jeffrey R. Zohn
jzohn@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606

Carrie Dettmer Slye
cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202

James R. Figliulo
jfigliulo@fgrlaw.com
Peter A. Silverman
psilverman@fslegal.com
Thomas Daniel Warman
twarman@sgrlaw.com
Rebecca Kaiser Fournier
rfournier@sgrlaw.com
Smith, Gambrell & Russell, LLP
10 South LaSalle Street, Suite 3600
Chicago, Illinois 60603

Charles M. Merkel, Jr.
cmerkel@merkel-cocke.com
Charles M. Merkel, III
cmerkel3@merkel-cocke.com
MERKEL & COCKE, P.A.
P.O. Box 1388
Clarksdale, Mississippi 38614

via the electronic filing system, on the 22nd day of June, 2022.

      /s/ Jacie C. Zolna