IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| SAT NARAYAN d/b/a<br>EXPRESS HAULING, *et al.*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>FIFTH THIRD BANK, *et al.*,<br><br>    **Defendants.** | Case No. 1:16-cv-11223<br><br>Chief Judge Rebecca R. Pallmeyer |

### PLAINTIFFS' MOTION TO SUPPLEMENT THEIR PETITION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

Plaintiffs Sat Narayan d/b/a Express Hauling, Robert Meyer d/b/a Mangia Nosh, and Taysir Tayeh d/b/a Chief's Market (collectively, "Plaintiffs") move to supplement their petition for an award of attorneys' fees, costs, and incentive awards (Doc. 678) as follows:

Over 32,000 class members submitted a claim in connection with the settlement with the Fifth Third/Vantiv Defendants. The average settlement payment is estimated to be approximately $992.69 per class member. Due to, among other things, these large payments going to a large number of class members the settlement administrator has provided a revised estimate of $791,192.44 to administer the settlement with the Fifth Third/Vantiv Defendants to completion. Because settlement administration costs are being deducted prior to the calculation of Class Counsel's requested fee award, Plaintiffs seek to supplement their previously filed fee petition (Doc. 678) by reducing the amount of attorneys' fees requested to $16,397,935.90.[1]

---

[1] The revised amount of attorneys' fees requested by Class Counsel is calculated as follows: $50,000,000 less $791,192.44 in administration costs, less $15,000 in incentive awards = $49,193,807.60. One-third of $49,193,807.60 = $16,397,935.90.

**WHEREFORE,** Plaintiffs respectfully request the Court to allow Plaintiffs to supplement their petition for attorneys' fees, costs, and incentive awards to provide for a request of $16,397,935.90 in attorneys' fees.

Dated: July 7, 2022

                                                Respectfully submitted,

                                                By:    /s/ Jacie C. Zolna
                                                          One of Plaintiffs' Attorneys

Myron M. Cherry
mcherry@cherry-law.com
Jacie C. Zolna
jzolna@cherry-law.com
Benjamin R. Swetland
bswetland@cherry-law.com
Jeremiah W. Nixon
jnixon@cherry-law.com
Jessica C. Chavin
jchavin@cherry-law.com
MYRON M. CHERRY & ASSOCIATES, LLC
30 North LaSalle Street, Suite 2300
Chicago, Illinois 60602
Phone: (312) 372-2100
Facsimile: (312) 853-0279
*Attorneys for Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing **Plaintiffs' Motion to Supplement Their Petition for Attorneys' Fees, Costs, and Incentive Awards** upon:

Anthony C. Porcelli
aporcelli@polsinelli.com
Claire E. Brennan
cbrennan@polsinelli.com
POLSINELLI PC
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606

John W. Peterson
john.peterson@polsinelli.com
POLSINELLI PC
401 Commerce Street, Suite 900
Nashville, Tennessee 37219

Matthew S. Knoop
mknoop@polsinelli.com
Joseph C. Sharp
jsharp@polsinelli.com
POLSINELLI PC
1201 W. Peachtree Street NW, Suite 1100
Atlanta, Georgia 30309

Mark A. Olthoff
molthoff@polsinelli.com
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112

John H. Mathias
jmathias@jenner.com
Megan B. Poetzel
mpoetzel@jenner.com
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654

Paul G. Karlsgodt
pkarlsgodt@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202

John Touhy
jtouhy@bakerlaw.com
Kiley Keefe
kkeefe@bakerlaw.com
Melissa M. Hewitt
mhewitt@bakerlaw.com
Jeffrey R. Zohn
jzohn@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606

Carrie Dettmer Slye
cdettmerslye@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202

James R. Figliulo
jfigliulo@fgrlaw.com
Peter A. Silverman
psilverman@fslegal.com
Thomas Daniel Warman
twarman@sgrlaw.com
Rebecca Kaiser Fournier
rfournier@sgrlaw.com
Smith, Gambrell & Russell, LLP
10 South LaSalle Street, Suite 3600
Chicago, Illinois 60603

Charles M. Merkel, Jr.
cmerkel@merkel-cocke.com
Charles M. Merkel, III
cmerkel3@merkel-cocke.com
MERKEL & COCKE, P.A.
P.O. Box 1388
Clarksdale, Mississippi 38614

via the electronic filing system, on the 7th day of July, 2022.

                _____/s/ Jacie C. Zolna_____